# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT JACKSON,

    Plaintiff,

v.

STATE OF NEVADA et al.,

    Defendants.

2:16-cv-00995-APG-NJK

**ORDER**

## I. DISCUSSION

At the last early inmate mediation conference, the parties agreed to continue the mediation to a later date. (ECF No. 15). Defendants now file a motion to extend the stay through June 16, 2017, and request another early inmate mediation conference. (ECF No. 16 at 2). The Court grants the motion to extend the stay through June 16, 2017. Defendants shall file their status report on or before June 16, 2017.

## II. CONCLUSION

For the foregoing reasons, IT IS ORDERED that the motion for extension of time (ECF No. 16) is granted. Defendants shall file their status report on or before June 16, 2017.

IT IS FURTHER ORDERED that the Court will schedule another inmate early mediation conference for this case.

DATED: This 28th day of March, 2017.

_____
NANCY J. KOPPE
United States Magistrate Judge