# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 2:16-cv-00995-APG-NJK<br><br>ORDER<br><br>(Docket No. 26) |

Pending before the Court is Plaintiff's motion to extend the discovery cut-off deadline. Docket No. 26. The Court has considered Plaintiff's motion and Defendants' response. Docket Nos. 26, 28. No reply was filed. *See* Docket.

For good cause and excusable neglect shown, the Court **GRANTS** Plaintiff's motion. Docket No. 26. The discovery cut-off deadline is hereby extended to March 1, 2018.

IT IS SO ORDERED.

DATED: December 22, 2017.

                          _____
                          NANCY J. KOPPE
                          United States Magistrate Judge