# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No. 2:16-cv-00995-APG-NJK |
| Plaintiff(s), | |
| v. | **ORDER** |
| STATE OF NEVADA, et al., | (Docket No. 45) |
| Defendant(s). | |

Pending before the Court is Plaintiff's motion to extend. Docket No. 45. Any response shall be filed by March 5, 2018.

IT IS SO ORDERED.

DATED: March 1, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge