1
2
3
4
5
6
7 **UNITED STATES DISTRICT COURT**
8 **DISTRICT OF NEVADA**
9

10 ROBERT JACKSON,                                )
                                                 )   Case No. 2:16-cv-00995-APG-NJK
11                    Plaintiff(s),               )
                                                 )   ORDER
12 vs.                                            )
                                                 )   (Docket No. 45)
13                                                )
   STATE OF NEVADA, et al.,                       )
14                                                )
                      Defendant(s).               )
15 _____              )

16        Pending before the Court is Plaintiff's motion to extend discovery, submitted on February 22,

17 2018. Docket No. 45. Defendants filed a response in opposition. Docket No. 47.

18        Plaintiff requests an extension of 120 days because he received Defendants' response to his

19 discovery requests on February 21, 2018, nine days before the discovery cut-off. *Id*. at 2. Plaintiff

20 requests an extension to allow for time to review the hundreds of pages of written discovery and address

21 Defendants' responses and objections. *Id.* Defendants submit that Plaintiff fails to show both good

22 cause and excusable neglect and, therefore, his motion should be denied. Docket No. 47.

23        A request to extend a discovery deadline must show excusable neglect when the request is made

24 after the expiration of the subject deadline. *See* Local Rule 26-4. In the instant case, the discovery cut-

25 off was March 1, 2018. Docket No. 31. Plaintiff submitted the instant motion on February 22, 2018,

26 which the Court received on February 28, 2018. Docket No. 45. Therefore, Plaintiff need only show

27 good cause, not excusable neglect, for his extension request.

28

For good cause shown, the Court hereby **GRANTS** Plaintiff's motion to extend discovery. Docket No. 45. The discovery cut-off is hereby extended to July 1, 2018. **NO FURTHER EXTENSIONS WILL BE GRANTED.**

IT IS SO ORDERED.

DATED: March 13, 2018

_____
NANCY J. KOPPE
United States Magistrate Judge