# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>Defendants. | Case No. 2:16-cv-00995-APG-NJK<br><br>**ORDER ON REPORT AND RECOMMENDATION**<br><br>(ECF. Nos. 34, 53) |

On April 3, 2018, Magistrate Judge Koppe entered a report and recommendation that I deny without prejudice plaintiff Robert Jackson's motion for temporary restraining order because he did not address or establish all factors needed obtain a restraining order. ECF No. 53. Jackson did not file an objection. Thus, I am not obligated to conduct a de novo review of the report and recommendation. 28 U.S.C. § 636(b)(1) (requiring district courts to "make a de novo determination of those portions of the report or specified proposed findings to which objection is made"); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc) ("the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made*, but not otherwise" (emphasis in original)).

IT IS THEREFORE ORDERED that Judge Koppe's report and recommendation **(ECF No. 53) is accepted**. Plaintiff Robert Jackson's motion for temporary restraining order **(ECF No. 34) is DENIED without prejudice**.

DATED this 26th day of April, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE