Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendant(s). | Case No.: 2:16-CV-00995-APG-NJK<br><br>**STIPULATION TO EXTEND DISCOVERY CUT-OFF DEADLINE**<br><br>**(Third Request)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, request an order modifying this Court's Order Granting Plaintiff's Second Motion Extend Discovery (ECF No. 51) entered on March 13, 2018. This is the third stipulation for extension of time. Specifically, the Parties request to extend the discovery cut-off deadline from July 1, 2018

/ / /

1

to August 1, 2018 to allow additional time for Plaintiff's newly retained counsel, who appeared on May 25, 2018, time to review and supplement the discovery in the case.

DATED this 30th day of May 2018

By: /s/ Emily A. Buchwald
    Emily A. Buchwald, Esq., Bar No. 13442
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorneys for Defendant Robert Jackson*

DATED this 30th day of May 2018

By: /s/ Izaac Rowe
    Izaac Rowe, Esq., Bar No. 13947
    Office of the Attorney General
    Grant Sawyer Bldg.
    555 E. Washington Ave. Suite 3900
    Las Vegas, NV 89101

*Attorney for Defendants Renee Baker, Harold Byrne, E.K. McDaniel, Jennifer Nash, Dwight Neven and Duane Wilson*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: June 1, 2018

CASE NO. 2:16-CV-00995-APG-NJK