# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No.: 2:16-cv-00995-APG-NJK |
| Plaintiff | **Order for Supplemental Briefs** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

Prior to pro bono counsel entering her appearance in this case, the parties had filed numerous motions. *See* ECF Nos. 28, 33, 41, 42, 44. Given that plaintiff Robert Jackson now has pro bono counsel, I grant Jackson leave to file any supplements to his briefs related to these motions. The defendants may file a response if Jackson files a supplement.

IT IS THEREFORE ORDERED that on or before July 20, 2018, plaintiff Robert Jackson may file supplemental briefs regarding the motions at ECF Nos. 28, 33, 41, 42, 44, if he chooses to do so. If Jackson wishes to withdraw any of those motions, he should file a notice of withdrawal.

IT IS FURTHER ORDERED that if Jackson files a supplement, the defendants may file a response on or before August 3, 2018.

DATED this 29th day of June, 2018.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE