ADAM PAUL LAXALT
  Attorney General
IZAAC ROWE (Bar No. 13947)
  Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Ave., #3900
Las Vegas, Nevada 89101
Phone: (702) 486-3210
Fax: (702) 486-3773
E-mail: irowe@ag.nv.gov

*Attorneys for Defendants Renee Baker,*
*Harold Byrne, E.K. McDaniel, Jennifer Nash,*
*Dwight Neven and Duane Wilson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants. | Case No. 2:16-cv-00995-APG-NJK<br><br>**JOINT STIPULATION TO WITHDRAW VARIOUS FILINGS** |

    In Consideration of the Order issued June 29, 2018, (ECF No. 58), it is stipulated and agreed by and between Plaintiff, ROBERT JACKSON, by and through counsel, Emily A. Buchwald, Esq., and Defendants, RENEE BAKER, HAROLD BYRNE, E.K. MCDANIEL, JENNIFER NASH, DWIGHT NEVEN and DUANE WILSON, by and through counsel, Adam Paul Laxalt, Nevada Attorney General, and Izaac Rowe, Deputy Attorney General, to withdraw, without prejudice, various filings relating to summary judgment made by Plaintiff and Defendants, prior to Plaintiff obtaining Pro Bono counsel.

    This Court's Order (EFC No. 58), granted leave to Plaintiff's counsel to file a supplemental brief or to withdraw ECF Nos. 28, 33, 41, 42 and 44. Plaintiff and Defendants filed prior motions and pleadings regarding summary judgment, prior to Plaintiff obtaining counsel. Now that Plaintiff has counsel, the parties agree to start anew with dispositive motions in accordance with FED R. CIV. P. 56(b).

The Parties hereby agree to withdraw various filings in an effort to streamline the dispositive motion practice:

- Defendants' Motion for Summary Judgment (ECF No. 28),
- Defendants' Errata to Defendant's Motion for Summary Judgment (ECF No. 30),
- Plaintiff's Motion to Extend Time to Respond to Defendants' Motion for Summary Judgment (ECF No. 33),
- Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 35),
- Plaintiff's Statement of Disputed Factual Issues (ECF No. 36),
- Plaintiff's Response to Defendants' Errata to Defendants' Motion for Summary Judgment (ECF No. 38),
- Defendants' Reply to Plaintiff's Opposition to Defendants' Motion for Summary Judgment (ECF No. 39),
- Plaintiff's Motion for Leave to File A Supplemental Pleading (ECF No. 41),
- Plaintiff's Brief in Support of Plaintiff's Motion for Partial Summary Judgment (ECF No. 42),
- Defendants' Opposition to Plaintiff's Motion for Leave to File A Supplemental Pleading (ECF No. 43),
- Defendants' Motion to Strike Plaintiff's Untimely Filed Motion for Partial Summary Judgment (ECF No. 44),
- Plaintiff's Opposition to Defendants' Motion to Strike Motion for Partial Summary Judgment (ECF No. 48), and
- Defendants' Reply in Support of Defendants' Motion to Strike ECF No. 44 (ECF No. 50).

The parties stipulate and agree that the withdrawal of said filings is without prejudice, and does not waive any factual assertions or arguments within the filings, nor any defenses or objections therein.

| Dated this 20th day of July, 2018. | Dated this 20th day of July, 2018. |
|---|---|
| By: /s/ Emily A. Buchwald<br>Emily A. Buchwald, Esq.,<br>Bar No. 13442<br>PISANELLI BICE PLLC<br>400 South 7th Street, Suite 300<br>Las Vegas, Nevada 89101<br>*Attorney for Robert Jackson* | By: /s/ *Izaac Rowe*<br>Izaac Rowe, Esq.<br>Deputy Attorney General (Bar No. 13947)<br>Office of the Nevada Attorney General<br>555 E. Washington Avenue, #3900<br>Las Vegas, Nevada 89101<br>*Attorneys for Defendants* |

IT IS SO ORDERED.

Dated: July 23, 2018.

_____
UNITED STATES DISTRICT JUDGE
CASE NO. 2:16-CV-00995-APG-NJK