# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT JACKSON,

    Plaintiff,

v.

STATE OF NEVADA, et al.,

    Defendants.

Case No.: 2:16-cv-00995-APG-NJK

**Order**

[Docket Nos. 73, 74]

On October 12, 2018, Plaintiff filed a response to Defendants' motion for protective order (Docket No. 67) and a counter-motion to compel and for sanctions (Docket No. 69). Errata for both were filed on October 15, 2018. Docket Nos. 71, 72.

Now pending before the Court is a motion to strike these filings. Docket No. 73. The Court has broad discretion in deciding whether to strike filings, *e.g.*, *Mitchell v. Nev. Dept. of Corrections*, 2017 U.S. Dist. Lexis 174002, at *1-2 (D. Nev. Oct. 20, 2017), and is not persuaded to do so here. Accordingly, the motion to strike is **DENIED**.

Also pending before the Court is an unopposed motion for an extension, Docket No. 74, which is **GRANTED**. The reply with respect to the motion for protective order and the response to the counter-motion to compel and for sanctions shall be filed by October 29, 2018. The reply to the counter-motion to compel and for sanctions shall be filed by November 1, 2018.

IT IS SO ORDERED.

Dated: October 22, 2018

                                                      Nancy J. Koppe
                                                     United States Magistrate Judge