Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendant(s). | Case No.: 2:16-CV-00995-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE OPPOSITION TO MOTION FOR SUMMARY JUDGMENT (First Request)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time for Mr. Jackson to file his opposition to Defendants' Motion for Summary Judgment (ECF No. 91), currently due to be filed on March 21, 2019. Mr. Jackson seeks a one-week extension of time to file his opposition to March 28, 2019.

/ / /

/ / /

/ / /

1

This is the first stipulation for extension of time to file oppositions. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 19th day of March 2019

By: /s/ Emily A. Buchwald
Emily A. Buchwald, Esq., Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorney for Plaintiff Robert Jackson*

DATED this 19th day of March 2019

By: /s/ Jared M. Frost
Jared M. Frost, Esq., Bar No. 11132
Office of the Attorney General
Grant Sawyer Bldg.
555 E. Washington Ave. Suite 3900
Las Vegas, NV 89101

*Attorney for Defendants Renee Baker, Harold Byrne, E.K. McDaniel, Jennifer Nash, Dwight Neven and Duane Wilson*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE
Dated: March 19, 2019.