AARON D. FORD
  Attorney General
JARED M. FROST (Bar No. 11132)
  Senior Deputy Attorney General
State of Nevada
Office of the Attorney General
555 East Washington Avenue
Suite 3900
Las Vegas, Nevada 89101
(702) 486-3177 (phone)
(702) 486-3773 (fax)
Email: jfrost@ag.nv.gov

*Attorneys for Defendants Renee Baker
Harold Byrne, E.K. McDaniel, Jennifer Nash,
Dwight Neven, and Duane Wilson*

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff,<br><br>vs.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00995-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND DEFENDANTS' TIME TO FILE REPLY BRIEF**<br><br>**(First Request)** |

Plaintiff Robert Jackson, by and through counsel, Emily A. Buchwald, Esq., and Defendants Renee Baker, Harold Byrne, E.K. McDaniel, Jennifer Nash, Dwight Neven, and Duane Wilson, by and through counsel, Aaron D. Ford, Attorney General of the State of Nevada, and Jared M. Frost, Senior Deputy Attorney General, hereby stipulate and agree to extend the time for Defendants to file their Reply to Plaintiff's Opposition to their Motion for Summary Judgment until Tuesday, April 23, 2019. Defendants' Reply is currently due to be filed April 11, 2019.

///

///

This is Defendants' first request to extend the deadline. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose.

DATED this 10th day of April, 2019.

| | |
|---|---|
| PISANELLI BICE PLLC | AARON D. FORD<br>Attorney General |
| By: /s/ Emily A. Buchwald<br>Emily A. Buchwald, Esq.<br>Nevada Bar No. 13442<br>400 South 7th Street, Suite 300<br>Las Vegas, NV 89101<br>*Attorneys for Plaintiff* | By: /s/ Jared M. Frost<br>Jared M. Frost<br>Senior Deputy Attorney General<br>Nevada Bar No. 11132<br>555 E. Washington Avenue, Ste. 3900<br>Las Vegas, NV 89101<br>*Attorneys for Defendants Renee Baker, Harold Byrne, E.K. McDaniel, Jennifer Nash, Dwight Neven, and Duane Wilson* |

## **ORDER**

**SO ORDERED.** Defendants shall have until April 23, 2019, to file their Reply.

Dated: April 10, 2019.

_____
UNITED STATES DISTRICT JUDGE