Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>　　　　　Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>　　　　　Defendant(s). | Case No.: 2:16-CV-00995-APG-NJK<br><br>**STIPULATION AND<br>ORDER TO AMEND CAPTION** |

  Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to amend the caption to substitute Defendant Dwight Neven, in his official capacity, for Brian Williams, in his official capacity. The parties submit this Stipulation consistent with the Court's ruling in its Order (1) Granting in Part Defendants' Motion for Summary Judgment and (2) Granting in Part Plaintiff's Motion for Summary Judgment. (ECF No. 104.)

/ / /

1

DATED this 18th day of December 2019

By: /s/ Emily A. Buchwald
Emily A. Buchwald, Esq., Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorney for Plaintiff Robert Jackson*

DATED this 18th day of December 2019

By: /s/ Jared M. Frost
Jared M. Frost, Esq., Bar No. 11132
Office of the Attorney General
Grant Sawyer Bldg.
555 E. Washington Ave. Suite 3900
Las Vegas, NV 89101

*Attorney for Defendants Renee Baker, Harold Byrne, E.K. McDaniel, Jennifer Nash, Dwight Neven and Duane Wilson*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

DATED: December 19, 2019

CASE NO. 2:16-CV-00995-APG-NJK

2