Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendant(s). | Case No.: 2:16-CV-00995-APG-NJK<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO CONFER ON APPROPRIATE INJUNCTIVE RELIEF** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and remaining Defendants Jennifer Nash and Brian Williams (in their official capacities), ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer about the appropriate injunctive relief, as ordered in the Order (1) Granting in Part Defendants' Motion for Summary Judgment and (2) Granting in Part Plaintiff's Motion for Summary Judgment ("Order"). (ECF No. 104.) Since entry of the Order on December 3, 2019, counsel for Mr. Jackson and Defendants have engaged in discussions about potential injunctive relief but they do not anticipate they will be able to come to an agreement about the appropriate injunctive relief by the date set forth in the Order. However, counsel for the Parties believe that, with additional time and discussion, an agreement may be met. Accordingly, the deadlines set forth in the Order shall be extended as follows:

Deadline for the Parties to confer about the appropriate injunctive relief: January 24, 2020;

Deadline for Jackson to submit a brief with the proposed relief in the event Parties cannot agree: February 14, 2020;

1

Deadline for remaining Defendants to submit their response: March 6, 2020.

DATED this 20th day of December 2019 　　　DATED this 20th day of December 2019

By:    /s/ Emily A. Buchwald
      Emily A. Buchwald, Esq., Bar No. 13442
      PISANELLI BICE PLLC
      400 South 7th Street, Suite 300
      Las Vegas, Nevada 89101

*Attorney for Plaintiff Robert Jackson*

By:    /s/ Jared M. Frost
      Jared M. Frost, Esq., Bar No. 11132
      Office of the Attorney General
      Grant Sawyer Bldg.
      555 E. Washington Ave. Suite 3900
      Las Vegas, NV 89101

*Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

UNITED STATES DISTRICT JUDGE

DATED: 12/20/2019

CASE NO. 2:16-CV-00995-APG-NJK