Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>             Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>             Defendant(s). | Case No.: 2:16-CV-00995-APG-NJK<br><br>**STIPULATION AND<br>ORDER TO EXTEND TIME TO CONFER<br>ON APPROPRIATE INJUNCTIVE<br>RELIEF (THIRD REQUEST)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and remaining Defendants Jennifer Nash and Brian Williams (in their official capacities), ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer about the appropriate injunctive relief, as ordered in the Order (1) Granting in Part Defendants' Motion for Summary Judgment and (2) Granting in Part Plaintiff's Motion for Summary Judgment ("Order"). (ECF No. 104.) The Court entered the Parties' Stipulation and Order to Extend Time to Confer on Appropriate Relief on December 20, 2019 (ECF No. 108) and Stipulation and Order to Extend Time to Confer on Appropriate Injunctive Relief (Second Request) on January 24, 2020. (ECF No. 114).

Since this Court extended the time to confer about injunctive relief on January 24, 2020, prison staff have implemented a temporary vegan menu for Plaintiff at High Desert State Prison and provided Plaintiff with nutritional information concerning the temporary menu. Prison staff also have continued to work toward a more permanent vegan menu with new vegan food items that is expected to become available sometime in May 2020. Mr. Jackson is considering the sufficiency of the proposed diet, as well as the impact of the proposed diet on the scope of the

potential injunctive relief. The parties have also participated in an ongoing Ninth Circuit mediation proceeding in an effort to resolve this matter. However, the parties need additional time to finalize plans concerning the permanent vegan menu and to complete the mediation process. Counsel for the Parties believe that, with additional time and discussion, an agreement may be met. Accordingly, the deadlines set forth in the Order shall be extended as follows:

Deadline for the Parties to confer about the appropriate injunctive relief: May 8, 2020;

Deadline for Jackson to submit a brief with the proposed relief in the event Parties cannot agree: May 29, 2020;

Deadline for remaining Defendants to submit their response: June 19, 2020.

DATED this 9th day of March 2020

By:   /s/ Emily A. Buchwald
    Emily A. Buchwald, Esq., Bar No. 13442
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorney for Plaintiff Robert Jackson*

DATED this 9th day of March 2020

By:   /s/ Jared M. Frist
    Jared M. Frost, Esq., Bar No. 11132
    Office of the Attorney General
    Grant Sawyer Bldg.
    555 E. Washington Ave. Suite 3900
    Las Vegas, NV 89101

*Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: 3/10/2020

CASE NO. 2:16-CV-00995-APG-NJK

2