AARON D. FORD
 Attorney General
D. RANDALL GILMER (Bar No. 14001)
 Chief Deputy Attorney General
State of Nevada
Office of the Attorney General
555 E. Washington Avenue, Suite 3900
Las Vegas, NV 89101
(702) 486-3427 (phone)
(702) 486-3773 (fax)
drgilmer@ag.nv.gov

*Attorneys for Defendants*
*Jennifer Nash and Brian Williams*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON | Case No.:  2:16-CV-00995-APG-NJK |
| Plaintiff, | |
| v. | **STIPULATION AND ORDER TO EXTEND TIME TO CONFER ON APPROPRIATE INJUNCTIVE RELIEF** |
| STATE OF NEVADA, et al., | |
| Defendant(s). | **(FOURTH REQUEST)** |

    Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and remaining Defendants Jennifer Nash and Brian Williams (in their official capacities), ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer about the appropriate injunctive relief, as ordered in the Order (1) Granting in Part Defendants' Motion for Summary Judgment and (2) Granting in Part Plaintiff's Motion for Summary Judgment ("Order").  (ECF No. 104)  The Court entered the Parties' Stipulation and Order to Extend Time to Confer on Appropriate Relief on December 20, 2019 (ECF No. 108), the Stipulation and Order to Extend Time to Confer on Appropriate Injunctive Relief (Second Request) on January 24, 2020 (ECF No. 114), and Stipulation and Order to Extend Time to Confer on Appropriate Injunctive Relief (Third Request) on March 10, 2020 (ECF No. 117).

1    Since this Court extended the time to confer about injunctive relief on March 10,
2    2020, prison staff have begun to implement a temporary vegan menu for Plaintiff at High
3    Desert State Prison approved by a certified dietician and provided Plaintiff with nutritional
4    information concerning the temporary menu.  As of the date of this filing, the temporary
5    vegan diet for Mr. Jackson has been implemented. Prison staff continue to work toward a
6    more permanent vegan menu for Mr. Jackson, with new vegan food items. That permanent
7    vegan option will be implemented as soon as possible, with the next fiscal quarter, which
8    begins in July of 2020, being the target date.

9    Counsel for the parties were able to have a meet and confer regarding the injunctive
10   relief and timeline on Tuesday, May 12, 2020. In addition, counsel have been exchanging
11   emails since that date in continued meet and confer discussions.  Mr. Jackson's counsel was
12   also able to have an attorney-client phone call on or about Tuesday, May 19, 2020 about
13   the scope of the injunction and the recent implementation of the certified vegan diet.
14   Defendants' counsel also participated in a phone conference on Tuesday, May 19, 2020 with
15   relevant NDOC staff in order to discuss the groundwork for implementing the more
16   permanent vegan diet for Mr. Jackson.

17   The parties in good faith believe that providing additional time for the parties to
18   continue to meet and confer on the scope of Mr. Jackson's vegan diet will hopefully result
19   in the resolution of the injunctive relief portion of this lawsuit. The ongoing complications
20   associated with coronavirus and staffing changes at the Office of the Attorney General have
21   caused delays.  The parties need additional time to finalize plans concerning the permanent
22   vegan menu, to complete the mediation process, and allow Mr. Jackson sufficient time to
23   consider the sufficiency of the permanent vegan menu.  Counsel for the parties are
24   optimistic and believe that, with additional time and discussion, an agreement may be met.
25   The parties anticipate that this will be the final request for an extension.

26   In addition to the continued discussions regarding the scope of injunctive relief, the
27   parties have participated in an ongoing Ninth Circuit mediation proceeding in an effort to

28

resolve this matter.  The parties are hopeful that the continued mediation efforts at the Ninth Circuit would resolve the remaining aspects of this case.

Accordingly, the parties respectfully request that the current deadlines set forth in the Order be extended approximately sixty (60) days as follows:

Deadline for the parties to confer about the appropriate injunctive relief:  July 7, 2020;

Deadline for Jackson to submit a brief with the proposed relief in the event parties cannot agree:  July 28, 2020;

Deadline for remaining Defendants to submit their response:  August 18, 2020.

DATED this 20th day of May, 2020

DATED this 20th day of May, 2020

By:   /s/ Emily A. Buchwald
    Emily A. Buchwald, Esq.
    Bar No. 13442
    PISANELLI BICE PLLC
    400 South 7th Street, Suite 300
    Las Vegas, Nevada 89101

*Attorney for Plaintiff Robert Jackson*

By:   /s/ D. Randall Gilmer
    D. Randall Gilmer, Esq.,
    Bar No. 14001
    Office of the Attorney General
    Grant Sawyer Bldg.
    555 E. Washington Ave. Suite 3900
    Las Vegas, NV 89101

*Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: May 26, 2020 _____