# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No.: 2:16-cv-00995-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER the parties to confer regarding what remains of this case following the Ninth Circuit's decision. If the parties agree that nothing remains to be adjudicated, then they shall file a proposed form of final judgment by January 27, 2023. If the parties do not agree, then they shall file a status report by January 27, 2023, setting forth their respective positions.

DATED this 20th day of December, 2022.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE