Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>        Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>        Defendant(s). | Case No.:   2:16-CV-00995-APG-NJK<br><br>**STIPULATION TO CONFER REGARDING CASE** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer regarding what remains of this case following the Ninth Circuit's decision and submit their position to the Court, as ordered by this Court on December 20, 2022 (ECF No. 131).

This is the first stipulation for an extension of time to confer regarding the impact of the Ninth Circuit's decision on this case. The Parties represent that this stipulation is sought in good faith, is not interposed for delay, and is not filed for an improper purpose. Accordingly, the deadline set forth in the Order shall be extended as follows:

/ / /

1

1   Deadline for the parties to file a proposed form of final judgment or status report:
2   February 27, 2023.

3   DATED this 23rd day of January 2023                    DATED this 23rd day of January 2023

4   By:   /s/ Emily A. Buchwald                            By:   /s/ Leo T. Hendges
         Emily A. Buchwald, Esq., Bar No. 13442                  D. Randall Gilmer, Esq., Bar No. 14001
5        PISANELLI BICE PLLC                                    Leo T. Hendges, Esq., Bar No. 16034
         400 South 7th Street, Suite 300                        Office of the Attorney General
6        Las Vegas, Nevada 89101                                Grant Sawyer Bldg.
                                                                555 E. Washington Ave. Suite 3900
7   *Attorneys for Defendant Robert Jackson*                    Las Vegas, Nevada 89101

8                                                               *Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED:  January 24, 2023

CASE NO. 2:16-CV-00995-APG-NJK