Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com mailto:TLB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JACKSON<br><br>          Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>          Defendant(s). | Case No.:   2:16-CV-00995-APG-NJK<br><br>**STIPULATION TO EXTEND DEADLINES IN STATUS REPORT (ECF NO. 135)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer in an attempt to resolve the outstanding issues of fees and costs, as set forth in the Status Report filed February 27, 2023. (ECF No. 135.)

The parties have been negotiating regarding the attorneys' fee and cost award in good faith, but have been unable to reach an agreement. The parties believe that additional time may assist the parties in reaching an agreement without the assistance of the Court.

Accordingly, on or before June 12, 2023, if the parties cannot reach an agreement regarding the outstanding issues of fees and costs, Plaintiff shall file a motion for fees and costs. In addition, Defendants reserve the right to file their own motion for fees and costs and to file an appropriate opposition to any motion Plaintiff may file. Alternatively, if the parties are able to reach an agreement, on or before June 12, 2023, the parties shall submit a proposed form of final judgment.

1

1  This is the first stipulation for an extension of time to confer regarding the outstanding
2  issues of fees and costs.  The Parties represent that this stipulation is sought in good faith, is not
3  interposed for delay, and is not filed for an improper purpose.  Accordingly, the deadline set forth
4  in the Status Report shall be extended as follows:

5  Deadline for the parties to file a proposed form of final judgment or status report or for
6  Plaintiff to file a motion for attorneys' fees and costs: June 12, 2023.

7  DATED this 27th day of April 2023              DATED this 27th day of April 2023

8  By:   /s/ Emily A. Buchwald                           By:   /s/ D. Randall Gilmer
       Emily A. Buchwald, Esq., Bar No. 13442         D. Randall Gilmer, Esq., Bar No. 14001
9      PISANELLI BICE PLLC                            Leo T. Hendges, Esq., Bar No. 16034
       400 South 7th Street, Suite 300                Office of the Attorney General
10     Las Vegas, Nevada 89101                        Grant Sawyer Bldg.
                                                      555 E. Washington Ave. Suite 3900
11 *Attorneys for Defendant Robert Jackson*           Las Vegas, Nevada 89101

12                                                    *Attorney for Defendants Jennifer Nash and Brian Williams*

15  **IT IS SO ORDERED.**

17  _____
    UNITED STATES DISTRICT JUDGE

18  DATED: May 1, 2023

19  CASE NO. 2:16-CV-00995-APG-NJK