Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JACKSON<br><br>             Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>             Defendant(s). | Case No.:    2:16-CV-00995-APG-NJK<br><br>**SECOND STIPULATION TO EXTEND DEADLINES IN STATUS REPORT (ECF NO. 135)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer in an attempt to resolve the outstanding issues of fees and costs, as set forth in the Status Report filed February 27, 2023 (ECF No. 135) and the Stipulation to Extend Deadlines in Status Report (ECF No. 138).

The parties have been negotiating regarding the attorneys' fee and cost award in good faith and believe that they have reached an agreement in principle to resolve the remaining claims in this matter. However, as Plaintiff is in the custody of NDOC, additional time is necessary for his counsel to discuss the settlement documents and to obtain his signature on the necessary documents. Accordingly, on or before July 10, 2023, the parties shall file a proposed form of judgment or a status report regarding the status of the settlement.

This is the second stipulation for an extension of time to confer regarding the outstanding issues of fees and costs. The Parties represent that this stipulation is sought in good faith, is not

interposed for delay, and is not filed for an improper purpose. Accordingly, the deadline set forth in the Status Report shall be extended as follows:

Deadline for the parties to file a proposed form of final judgment or status report or for Plaintiff to file a motion for attorneys' fees and costs: July 10, 2023.

DATED this 9th day of June 2023.

By: /s/ Emily A. Buchwald
Emily A. Buchwald, Esq., Bar No. 13442
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101

*Attorneys for Defendant Robert Jackson*

DATED this 9th day of June 2023.

By: /s/ D. Randall Gilmer
D. Randall Gilmer, Esq., Bar No. 14001
Leo T. Hendges, Esq., Bar No. 16034
Office of the Attorney General
Grant Sawyer Bldg.
555 E. Washington Ave. Suite 3900
Las Vegas, Nevada 89101

*Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: June 12, 2023

CASE NO. 2:16-CV-00995-APG-NJK

2