Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON<br><br>                    Plaintiff,<br>v.<br>STATE OF NEVADA, et al.,<br><br>                    Defendant(s). | Case No.:   2:16-CV-00995-APG-NJK<br><br>**THIRD STIPULATION TO EXTEND DEADLINES IN STATUS REPORT (ECF NO. 135)** |

Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer in an attempt to resolve the outstanding issues of fees and costs, as set forth in the Status Report filed February 27, 2023 (ECF No. 135), the Stipulation to Extend Deadlines in Status Report (ECF No. 138), and the Second Stipulation to Extend Deadlines in Status Report (ECF No. 141).

The parties have been negotiating regarding the attorneys' fee and cost award in good faith and believe that they have reached an agreement in principle to resolve the issues in the case. However, as Plaintiff is in the custody of NDOC, additional time is necessary for his counsel to discuss the outstanding issues in the case, as well as work with counsel for Defendants to discuss issues related to the Stipulation and Order Regarding Injunction, entered July 28, 2020 (ECF No. 122).  Accordingly, on or before September 8, 2023, the parties shall file a proposed form of judgment, a status report regarding the status of the settlement, or for a Plaintiff to file a motion for attorneys' fees or costs.

1

1   This is the third stipulation for an extension of time to confer regarding the outstanding
2   issues of fees and costs. The Parties represent that this stipulation is sought in good faith, is not
3   interposed for delay, and is not filed for an improper purpose. Accordingly, the deadline set forth
4   in the Status Report shall be extended as follows:

5   Deadline for the parties to file a proposed form of final judgment, status report, or for
6   Plaintiff to file a motion for attorneys' fees and costs: September 10, 2023.

7   DATED this 10th day of July 2023.                     DATED this 10th day of July 2023.

8   By:   /s/ Emily A. Buchwald                            By:   /s/ D. Randall Gilmer
         Emily A. Buchwald, Esq., Bar No. 13442                  D. Randall Gilmer, Esq., Bar No. 14001
         PISANELLI BICE PLLC                                     Leo T. Hendges, Esq., Bar No. 16034
         400 South 7th Street, Suite 300                         Office of the Attorney General
         Las Vegas, Nevada 89101                                 Grant Sawyer Bldg.
                                                                 555 E. Washington Ave. Suite 3900
    *Attorneys for Defendant Robert Jackson*                     Las Vegas, Nevada 89101

                                                           *Attorney for Defendants Jennifer Nash and Brian Williams*

**IT IS SO ORDERED.**

_____
UNITED STATES DISTRICT JUDGE

DATED: July 11, 2023

CASE NO. 2:16-CV-00995-APG-NJK

2