Emily A. Buchwald, Esq., Bar No. 13442
EAB@pisanellibice.com
PISANELLI BICE PLLC
400 South 7th Street, Suite 300
Las Vegas, Nevada 89101
Telephone: 702.214.2100

*Attorney for Plaintiff Robert Jackson*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| ROBERT JACKSON<br><br>Plaintiff,<br>v.<br><br>STATE OF NEVADA, et al.,<br><br>Defendant(s). | Case No.:   2:16-CV-00995-APG-NJK<br><br>**STATUS REPORT AND FOURTH STIPULATION TO EXTEND DEADLINES IN STATUS REPORT (ECF NO. 135)** |

     Plaintiff Robert Jackson ("Mr. Jackson"), by and through his undersigned counsel, and Defendants State of Nevada, et al., ("Defendants"), by and through their undersigned counsel, hereby stipulate and agree to extend the time to confer in an attempt to resolve the outstanding issues of fees and costs, as set forth in the Status Report filed February 27, 2023 (ECF No. 135), the Stipulation to Extend Deadlines in Status Report (ECF No. 138), the Second Stipulation to Extend Deadlines in Status Report (ECF No. 141), and the Third Stipulation to Extend Deadlines in Status Report (ECF No. 143).

     The parties have been in communication related to the ongoing issue regarding the attorneys' fee and cost award. The parties have also been discussing issues related to the Stipulation and Order Regarding Injunction, entered July 28, 2020 (ECF No. 122), in particular Southern Desert Correctional Center's implementation of a diet for Plaintiff that was in compliance with the injunction. Additionally, the Nevada Department of Corrections recently announced that it would be making changes to its menus, including the menu for Plaintiff. Accordingly, the parties ask that the Court set an in-person status check for 6 months from the

1

1  date of this Status Report, for the parties to provide the Court with an update regarding 1) the
2  attorneys' fee and cost award and 2) NDOC's updated menu and the implementation of the
3  injunction. Alternatively, on or before March 11, 2024, the parties shall file a proposed form of
4  judgment, a status report regarding the status of the settlement and injunction, or for a Plaintiff to
5  file a motion for attorneys' fees or costs.

6      This is the fourth stipulation for an extension of time to confer regarding the outstanding
7  issues of fees and costs. The Parties represent that this stipulation is sought in good faith, is not
8  interposed for delay, and is not filed for an improper purpose. Accordingly, the deadline set forth
9  in the Status Report shall be extended as follows:

10     Deadline for the parties to file a proposed form of final judgment, status report, or for
11 Plaintiff to file a motion for attorneys' fees and costs: March 11, 2024.

12 DATED this 8th day of September 2023.    DATED this 8th day of September 2023.

13 By:  /s/ Emily A. Buchwald              By:  /s/ D. Randall Gilmer
14     Emily A. Buchwald, Esq., Bar No. 13442    D. Randall Gilmer, Esq., Bar No. 14001
    PISANELLI BICE PLLC                  Leo T. Hendges, Esq., Bar No. 16034
15     400 South 7th Street, Suite 300      Office of the Attorney General
    Las Vegas, Nevada 89101              Grant Sawyer Bldg.
16                                           555 E. Washington Ave. Suite 3900
*Attorneys for Plaintiff Robert Jackson*   Las Vegas, Nevada 89101
17
18                                         *Attorney for Defendants Jennifer Nash and Brian Williams*
19
20                   **IT IS SO ORDERED.**
21
22                 UNITED STATES DISTRICT JUDGE

23             DATED   September 19, 2023
24
25             CASE NO. 2:16-CV-00995-APG-NJK