# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff,<br><br>v.<br><br>STATE OF NEVADA, *et al.*,<br><br>    Defendants. | Case No. 2:16-cv-00995-APG-NJK<br><br>**Order**<br><br>[Docket No. 151] |

Pending before the Court is Pisanelli Bice PLLC's motion to withdraw as counsel for Plaintiff Robert Jackson. Docket No. 151. Plaintiff may file a response to the motion no later than December 27, 2023. The Clerk's Office is **INSTRUCTED** to mail a copy of this order to Plaintiff at the address provided in Docket No. 151 at 6 ¶ 8.

IT IS SO ORDERED.

Dated: November 27, 2023

                                                                               Nancy J. Koppe<br>
                                                                               United States Magistrate Judge