UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>  Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>  Defendants | Case No.: 2:16-cv-00995-APG-NJK<br><br>**Order Granting Plaintiff Robert Jackson's Motion for Attorneys' Fees and Costs**<br><br>[ECF No. 150] |

Robert Jackson moves for an award of his attorneys' fees and costs. ECF No. 150. Mr. Jackson is the prevailing party in this civil rights action, having obtained a permanent injunction against the defendants. *See* ECF Nos. 104, 122; *see also Farrar v. Hobby*, 506 U.S. 103, 111-12 (1992) (A "plaintiff 'prevails' when actual relief on the merits of his claim materially alters the legal relationship between the parties by modifying the defendant's behavior in a way that directly benefits the plaintiff."). Under 42 U.S.C. § 1988(b), "the court, in its discretion, may allow the prevailing party . . . a reasonable attorney's fee as part of the costs."

Mr. Jackson attached to his motion the documentation confirming that the time spent, the rates charged, and the fees sought are reasonable. Mr. Jackson also attached documentation proving $4,450.01 in costs spent by Pisanelli Bice. Based on the agreement of the parties, Mr. Jackson is able to recover $475 in costs he personally incurred throughout this litigation. The defendants do not oppose the motion and confirm that the amounts sought are consistent with the parties' negotiations. ECF No. 156. The motion is supported by good cause and satisfies the factors articulated in *Kerr v. Screen Extras Guild, Inc.*, 526 F.2d 67, 70 (9th Cir. 1975).

I THEREFORE ORDER that plaintiff Robert Jackson's Motion for Attorneys' Fees and Costs **(ECF No. 150) is GRANTED** as follows:

| | |
|---|---|
| Pisanelli Bice, PLLC's Attorney's Fees: | $47,574.99 |

    Amount of that to be donated/paid to
    Legal Aid Center of Southern Nevada (50%): $23,787.50

| | |
|---|---|
| Pisanelli Bice, PLLC's Costs: | $4,450.01 |
| Robert Jackson's Costs: | $475.00 |
| **Total Award of Costs and Fees:** | **$52,500.00** |

The defendants are ordered to pay these amounts by **January 26, 2024**.

DATED this 15th day of December, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE