# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

ROBERT JACKSON,

    Plaintiff,

v.

STATE OF NEVADA, *et al.*,

    Defendants.

Case No. 2:16-cv-00995-APG-NJK

**Order**

[Docket No. 151]

Pending before the Court is Pisanelli Bice PLLC's motion to withdraw as counsel for Plaintiff Robert Jackson. Docket No. 151. Plaintiff filed a response. Docket No. 162. For good cause shown, the motion is **GRANTED**. The Clerk's Office is **INSTRUCTED** to update the docket with Plaintiff's address as identified at Docket No. 151 at 6 ¶ 8, and to mail this order to Plaintiff.

No later than January 17, 2024, Plaintiff must either file notice that he intends to proceed *pro se*, or new counsel must enter an appearance on his behalf.

IT IS SO ORDERED.

Dated: December 20, 2023

                                            Nancy J. Koppe
                                            United States Magistrate Judge