UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON,<br><br>    Plaintiff<br><br>v.<br><br>STATE OF NEVADA, et al.,<br><br>    Defendants | Case No.: 2:16-cv-00995-APG-NJK<br><br>**Order** |

I ORDER the parties to confer regarding what remains of this case. If the parties agree that nothing remains to be adjudicated, then they shall file a proposed form of final judgment by March 11, 2024. If the parties do not agree, then they shall file a joint status report by March 11, 2024, setting forth their respective positions.

DATED this 8th day of February, 2024.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE