# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No.: 2:16-cv-0995-APG-NJK |
| Plaintiff | **Order** |
| v. | |
| STATE OF NEVADA, et al., | |
| Defendants | |

I ORDER the defendants to file a proposed form of final judgment, including the permanent injunction, by March 22, 2024.

DATED this 12th day of March, 2024.

ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE