# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT JACKSON, | Case No.: 2:16-cv-00995-APG-NJK |
| Plaintiff | **Order Granting Extension of Time** |
| v. | [ECF No. 182] |
| STATE OF NEVADA, et al., | |
| Defendants | |

Robert Jackson's motion for an extension of time **(ECF No. 182)** is granted. His reply in support of this motion to modify injunction is due January 13, 2025.

DATED this 4th day of January, 2025.

_____
ANDREW P. GORDON
CHIEF UNITED STATES DISTRICT JUDGE